STATE OF CONNECTICUT *v.* JAMES J. JOHNSTON
(8151)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued January 10—decision released January 18, 1990

*John D. Maxwell,* for the appellant (defendant).

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, with whom, on the brief, was *John T. Redway,* state's attorney, *Barbara Hoffman,* deputy assistant state's attorney, and *John O'Meara,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.